UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No. 2:22-cr-39-SPC-NPM

DANIEL JOSEPH TISONE

### ORDER TO DEPOSIT FUNDS AND DISBURSE

Before the court is an "Unopposed Motion for an Order to Deposit Funds and Disburse." (Doc. 34). Pursuant to 28 U.S.C. § 2042, the motion is **GRANTED**. To best serve the purpose of defendant Daniel Joseph Tisone's anticipated restitution, the clerk of court shall accept Tisone's prejudgment payments and shall hold these funds in an interest-bearing account within the court's registry.

Upon entry of a criminal judgment the clerk shall withdraw and apply the deposited funds to the defendant's restitution. Upon satisfaction of the defendant's restitution and in accordance with the clerk's standard operating procedures, any accrued interest and other remaining funds shall be applied to the defendant's other criminal monetary penalties, including special assessment and fines imposed against the defendant as provided by law, or to any outstanding forfeiture orders. If the prejudgment payments accrue interest in an amount that exceeds the total due for defendant's other criminal monetary penalties, or any forfeiture order, the surplus accrued interest shall be remitted to the Crime Victims Fund.

**ORDERED** on May 10, 2022.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE