UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.: 2:22-cr-39-SPC-NPM

DANIEL JOSEPH TISONE

### ORDER[1]

Before the Court are two motions from the Government: (1) Motion to Vacate Preliminary Order of Forfeiture for Real Property (Doc. 97); and (2) Unopposed, Time-Sensitive Motion to Vacate Preliminary Order of Forfeiture for Real Property (Doc. 98). Three months ago, the Court issued a preliminary forfeiture order for two real properties and other items. (Doc. 69). The Government now seeks to partially vacate the preliminary forfeiture order for the real properties: one located at 1001 10th Avenue South, Naples, Florida 34102 and the other located at 550 Starboard Drive, Naples, Florida 34103. After reviewing the record and applicable law, the Court grants the Government's motion.

Accordingly, it is

**ORDERED:**

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

1. The United States' Motion to Vacate Preliminary Order of Forfeiture for Real Property (Doc. 97) is **GRANTED**.

2. The United States' Unopposed, Time-Sensitive Motion to Vacate Preliminary Order of Forfeiture for Real Property (Doc. 98) is **GRANTED.**

3. The Order of Forfeiture and Preliminary Order of Forfeiture (Doc. 69) is vacated but only as to the real properties located at **1001 10th Avenue South, Naples, Florida 34102**, and **550 Starboard Drive, Naples, Florida 34103**. The Order (Doc. 69) otherwise remains in full force and effect.

**DONE AND ORDERED** in Fort Myers, Florida on March 22, 2023,

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record